AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  HEAD, HAYDEN | 2. Court or Organization  U. S. DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS | 3. Date of Report  06/19/2008 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U. S. DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)  ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007 to 12/31/2007 |
|---|---|---|

| 7. Chambers or Office Address  U. S. DISTRICT COURTHOUSE  1133 N. SHORELINE BLVD.  CORPUS CHRISTI, TX 78401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ■ Agent | Farm, Grayson County, Texas |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2007 | One Year Farm Lease; Taylor Strawn, Sherman, Grayson County, Texas |
| 2. | |
| 3. | |

RECEIVED 2008 JUN 24 A 10: 34 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| HEAD, HAYDEN | 06/19/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEAD, HAYDEN | 06/19/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Bank, Corpus Christi, Texas | ▬ Guarantor of Note of Third Party | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEAD, HAYDEN | 06/19/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA: Herndon Plant Oakley Money Mkt Tamarack Inv Funds Prime | C | Dividend | L | T | Reinvestment | 1-12 | | | |
| 2. Farm, Grayson Co., Texas | C | Rent | O | Q | | | | | |
| 3. Herndon Plant Oakley Money Market (Tamarack) | A | Dividend | K | T | Buy/Sell | Vars | J | | |
| 4. Becks Prime Boc Ltd. 1/2 Ltd. Partnership Unit | A | Distribution | J | U | | | | | |
| 5. Becks Dairy-Ashford 1-10 SE Ltd. Parnership Unit | A | Distribution | J | U | | | | | |
| 6. ▬ 401(k); Div. Inv. Var. Fund; Diversified Inv. Advisor | B | Dividend | K | T | Reinvestment | Vars | J | | |
| 7. U. S. Treasury Bond, Due 11-15-2021 | C | Interest | L | T | | | | | |
| 8. Transamerica Occidental; Universal Life Ins. Policy | B | Interest | L | T | Premium | MO | J | | |
| 9. First Colony Univ. Life Ins. Policy | A | Interest | J | T | Premium | MO | J | | |
| 10. U. S. Savings Bonds, Series EE | A | Interest | J | T | | | | | |
| 11. Overriding Royalty Int.., Nueces Co., TX & Borden Co., TX | B | Royalty | J | W | | | | | See VIII |
| 12. American Bank Accounts, Corpus Christi, TX | C | Interest | L | T | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEAD, HAYDEN | 06/19/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The following notes apply to Part VII, Item #:

8.   Account is used for temporary investment of income received pending transfer to bank or other reinvestment.

21.   Production occurred and sold by Texon LP, Houston, Texas, in 2007. Overriding royalty (O/R) paid to Texas Comptroller of Public Accounts in 2007. Received by me in 2008.

22.   Includes insurance recoveries from damages to home temporarily invested in certificates of deposit.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

HAYDEN HEAD
  Chief Judge

Houston, Corpus Christi,
Laredo, Brownsville, McAllen,
Victoria and Galveston

September 25 2008

Mr. George D. Reynolds, Staff Counsel
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Mr. Reynolds:

    To evaluate the farm, I use the annual tax appraisals from Grayson County. This includes the agricultural value and the fair market value.



1133 N. Shoreline Blvd.
Corpus Christi, Texas 78401

(361) 888-3148